which, in the discretion of the lower court, was refused. He is now applying to this court, under Act No. 29 of 1924, praying that we grant a suspensive appeal.

We are of the opinion that the lower court did not abuse the discretion vested in it in refusing the suspensive appeal; therefore defendant's application is refused.

## COLLINS v. McLEMORE.

### No. 5277.

Court of Appeal of Louisiana. Second Circuit.

March 31, 1936.

On Application for Suspensive Appeal April 3, 1936.

## WALLACE v. MARTIN.

### No. 5216.

Court of Appeal of Louisiana. Second Circuit.

April 3, 1936.

Henry W. Bethard, Jr., of Coushatta, for petitioner.

S. M. Cagle, of Coushatta, for respondent.

PER CURIAM.

In re P. C. McLemore applying for writs of certiorari and mandamus to the Tenth judicial district court, parish of Red River, La.

Writ refused. The ruling of the lower court is correct.

On Application for Suspensive Appeal.

PER CURIAM.

In this case, the lower court, after hearing, granted a preliminary injunction. The defendant asked for a suspensive appeal